RECEIVED
OCT - 4 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY ____

(Rev. 5/1/13)

UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA
Western DIVISION

mR Tony Joseph TABoR
Plaintiff

Civil Action No. 5:18-cv-1308 SEC. P

Prisoner # 478277

VS.

Judge Elizabeth Foote

Magistrate Judge K Hayes

mR Vincent Coleman
Defendant

COMPLAINT
PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I. Previous Lawsuits

a. Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes [X] No [ ]

b. If your answer to the preceding question is "Yes," provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

western district of Louisiana - Judge E. Foote
Both of them

2. Name the parties to the previous lawsuit(s):

Plaintiffs: Tony Joseph TABoR

Defendants: R. malcolm/warden J. Goodwin

3. Docket number(s): 17-0907/18-0621

4. Date(s) on which each lawsuit was filed: 8-26-18/5-7-18

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

Both are still pending Relation to Class action
Anthony Tellis etal James m Leblanc etal
Case# 5:18-CV-0541 (W.D LA 2-20-18)

(Rev. 5/1/13)

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes [ ] No [X]

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

II. a. Name of institution and address of current place of confinement:

David Wade CoRR,

b. Is there a prison grievance procedure in this institution?

Yes [X] No [ ]

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes [X] No [ ]

2. If you did not file an administrative grievance, explain why you have not done so.

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

I done both steps please see A.R.P DWCC-2017-0146

Attach a copy of each prison response and/or decision rendered in the administrative proceeding. please see ARP # DWCC 18-590 DWCC 16-0477 To show of why I cant provide such Documents

III. Parties to Current Lawsuit:

a. Plaintiff, mR Tony TABoR

Address 670 Bell Hill Rd Homer LA 71040

(Rev. 5/1/13)

b. Defendant, Warden Jerry Goodwin, is employed as Warden at D.W.C.C.

Defendant, Lonnie Nail, is employed as Col at D.W.C.C.

Defendant, Vincent Coleman, is employed as MJR at D.W.C.C.

Additional defendants, ______

IV. Statement of Claim

State the FACTS of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.

DeFendantS Goodwin and Nail are only listed as supervisoRS that Failed to protect me aFteR Request by the PlaintiFF by writing.
Defendant Vincent Coleman is Solely Responsiable FoR the Following emphasized moral Turpitude there oF On the nite oF N/A 2017 while I was sitting on my bed writing an LetteR Home within Cell one oF N-3-D-tieR in which is a camera cell So the cell Camera Caught the entire incident along with at least two oF the TieR Hall Camera's please see AR.P # 2017-0146 to help with the specific Date times EtC, my Copy there oF Such has been lost by D.W.C.C security please see A.R.P # #D.W.C.C. 2018-590 to support there oF Defendant Coleman entered the tieR and upon doing So called telling me to Come to the cell BaRS but when I Complied He Raised the big Can oF Chemical Agent And sprayed me in my eyes and

Continued next page

nose and mouth and then He walked away I started to clean my Face in the toilet However He Returned once again alone and without the Hand held mini Camera and Sprayed more chemical agent into my cell with malice so I took my big Bath towel and started to Fan the gas out of the cell to protect my Life Hence I am a well Known mental Health patient thats treated with Zoeloft For Post Tramatic stress, Hence Vincent Coleman has a well Known History of excessive Force by the use of chemical agents please see the Following A.R.P submittments and or Civil case numbers,

(1) D.W.CC 2015-0122
(2) D.W.CC 2017-0146
(3) D.W.CC 2018-0049
(4) D.W.CC 2015-0122
(5) D.W.CC. 2013-1312

ALL went to the second step, U.OR.S Fully Support there of, Some video can also be obtained unless its been distroyed

please see W.D 5 18-CV-0541 to help support coleman's malice and moral Turpitude there of I was placed in a gown For protecting myself From harm within this descibed incident that merits Relief For the Plaintiff and For others Housed At D.W.CC where Vincent Coleman is employed I will ask to be Furnished a Copy of the above mention A.R.P'S and For the video Footage to be brought to light and to be viewed by the Plaintiff, by Col. Lonnie Nail and by warden Goodwin with their Attorney mR David Gilmer present The Plaintiff has clearly Requested For the video Footage to be preserved as evidence to Fully support Plaintiffs claims within thats been Filed within one Full year From the incident and or From the exhaustment there of the two step A.R.P process Hence Rights violated are Intentional infliction of Emotional Distress, upon a mental

Health patient that SUFFERS From Post Tramatic stress, Depression, bipolaR disordeR and Guillain-Barre syndrome.

(2) excessive Force With a Deadly weapon upon the mental and oR phyicaly impaired

(3) FailuRe to protect afteR being well aware that The imminent DangeR of Serious mental oR phyical inJury

(4) Retaliation FoR excercisement of Freedom of speech and Association.

(5) Violation of my Right to Due process

(6) Violation of my Right to practice my Religion while on 34 FoR thirty days with no Bible 14th Amen applies with Discriminational

(7) malice as I am white as I am a mental Health patient as I am a policical prisoneR.

(7) eighth Amend Cruel and Unusal Punishment upon a mental Health patient by being placed on thirty FouR FoR 30 days

(8) eighth Amend FoR deprivment of sleep, exercise, Sanitation, mattress to lie oR sit on

(9) Deliberate IndiFFerence Cause security and administration are well Known of Both my phyical and oR mental needs and oR the harm that theiR actions cause me,

(10) Retaliation Violated my First amend Rights thereof

emphasis to support thereoF

1) Anthony Tellis etal v James Leblanc etal (W.D.LA)
(2) Helling v mcKinney 509 US. 25 (93)
(3) EStelle v Gamble 409 U.S,
(4) whitley v ALbeRS 475 U.S
(5) Hudson v mcmillan 503 U.S, (92)
(6) Schmidt v Odell 64F (99)
(7) TurneR v SaFley 482 U.S. 78 (87)
(8) Love v Reed 216 F.3d (2000)
(9) RomeR v Evans 517 U.S (96)
(10) David v Lane 839 F.2d (88)
(11) Sandin v ConneR 515 U.S (95)
(12) Hudson v PalmeR 468 U.S (84)
(13) Brown v Lippard 472 F.2d (5th ciR 06)
(14) FarmeR v Brennan 511 U.S (94)
(15) OstenFeld v Delo 115 F.3d (97)
(16) Rhodes v chapman 452 U.S (81)
(17) wilson v SeiteR 501 U.S (91)
(18) Barney v PulsipheR 143 F.3d (98)
(19) Delaney v Detella 256 F.3d (01)
(20) Bibbs v Early 541 F.3d (5th ciR 08)
(21) Jones El v Burge 164 F.Supp (01)
(22) PalmeR v Johnson 193 F.3d (5th ciR 99)
(23) ScarveR v. LitscheR 434 F.3d (06)
(24) Lopez v Smith 203 F.3d (00)
(25) Calhoun v Hargone 312 F.3d (5th ciR 02)
(26) In God I trust to get Justice

(Rev. 5/1/13)

V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

1) Trial demanded there oF.
2) One Hundred Thousand dollaRS/250 dollars FoR each day on (34)
3) Demontion oF all Rank and oR the ability FoR Defendant Coleman to use chemical agent to harm anyone else with malice
4) inJunction on Coleman col Lonnie Nail and warden J Goodwin FoR Failure to protect and Respect my Rights there oF

VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 26th day of Sept, 20 18.

478277 — Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)

MR Tony J Tatum — Signature of Plaintiff