5:18-cv-1308 SEC P

09-26-18

Clerk,

please Find and File the enclosed motion oF Compell 2 pgs and please Find the 1983 Complaint FoR another case please inForm me oF youR Receivement SiR/maam you ought to have (15) pgs in youR hand counting this CoveR page

Thank you
mR Tony CABoR #478277

RECEIVED

OCT - 4 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY [signature]