# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| TONY JOSEPH TABOR | CIVIL ACTION NO. 18-1308-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| VINCENT COLEMAN, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Tony Joseph Tabor's conditions of confinement claims relating to the deprivation of bedding, clothing, exercise, and telephone access are **DISMISSED** as frivolous and malicious **WITHOUT PREJUDICE** to Plaintiff's right to prosecute the claims in his previously-filed, pending proceeding.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's retaliation claim, his First Amendment claim concerning the deprivation of his Bible, his condition of confinement claim relating to unsanitary conditions, his claim concerning the change in his custodial classification, and his request to demote Defendant Coleman, are **DISMISSED**

**WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 27th day of December, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT