UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **TONY JOSEPH TABOR #478277** | **CASE NO. 5:18-CV-01308 SEC P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **VINCENT COLEMAN ET AL** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge, as supplemented, having been considered, together with the written objections filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment (Record Document 31) is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (Record Document 33) is **DENIED**.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 3rd day of September, 2020.

S. MAURICE HICKS, JR.
CHIEF, UNITED STATES DISTRICT JUDGE